**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: **Fadel S. Melhem**
      **Fida F. Melhem**

Case No.

**Chapter 13 Plan**

Debtor(s).

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee, and the Debtor(s) will pay to the Trustee the sum of __**250.00**__ each month. Initial attorneys fees are requested in the amount of $__**8,800.00**__.
   ___ Debtor(s) elect a voluntary wage order.

2. From the payments received, the Trustee will make disbursements as follows:
   (a) On allowed claims for expenses of administration required by 11 U.S.C. § 507 (a)(2) in deferred payments.
   (b) On allowed secured claims, which shall be treated and valued as follows:

   | Name | Value of Collateral | Estimated Mortgage/Lease Arrears | Adequate Protection Payments (If specified) | Interest Rate (If Specified) |
   |---|---|---|---|---|
   | **California Check Cashing Stores, LLC (xxxx9001)** | 2,026.00 | | 50.00 | 5.00 |
   | **Bass & Associates, P.C. (xxxx8667)** | 200.00 | | 10.00 | 5.00 |
   | **City of San Jose (xxxx3743)** | 638,800.00 | | 0.00 | 0.00 |

   [The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims will be allowed for the value of the collateral or the amount of the claim, whichever is less, and will be paid the adequate protection payments and the interest rates shown above. If an interest rate is not specified, 7% per annum will be paid. The remainder of the amount owing, if any, will be allowed as a general unsecured claim paid under the provisions of ¶ 2(d).]

   (c) On allowed priority unsecured claims in the order prescribed by 11 U.S.C. § 507.
   (d) On allowed general unsecured claims as follows:
   __**X**__ at a rate of __**0**__ cents on the dollar. The estimated term of the plan is __**60**__ months. (Percentage Plan)
   ___ the sum of _____ payable over ___ months, distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in ¶ 1 as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty months from the date the first payment comes due. (Pot Plan)

3. The debtor(s) elect to reject the following executory contracts or leases and surrender to the named creditor(s) the personal or real property that serves as collateral for a claim. The debtor(s) waive the protections of the automatic stay and consent to allow the named creditor(s) to obtain possession and dispose of the following identified property or collateral without further order of the court. Any allowed unsecured claim for damages resulting from the rejection will be paid under paragraph 2(d).
   **-NONE-**

4. The Debtor(s) will pay directly the following fully secured creditors and lessors or creditors holding long-term debt:

   | Name | Monthly Payment |
   |---|---|
   | **US Bank NA / Wells Fargo Bank, NA (xxxx5837)** | 2,140.00 (HAMP Payment) |

5. The date this case was filed will be the effective date of the plan as well as the date when interest ceases accruing on unsecured claims against the estate.

6. The Debtor(s) elect to have property of the estate:
   ____ revest in the debtor(s) at such time as a discharge is granted or the case is dismissed.
   __**X**__ revest in the debtor(s) upon plan confirmation. Once property revests, the Debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

7. The debtor(s) further propose pursuant to 11 USC § 1322(b):
   **The debt owing to Wells Fargo (xxxx1998) secured by a second deed of trust against 5096 Bougainvillea Drive, San Jose, Calfornia 95111, shall be lien stripped pursuant to a Motion to Value Collateral to be filed herein. Any claim filed by Wells Fargo (xxxx1998) shall be treated pursuant to para. 2(d) as a general unsecured claim.**

   **The debt owing to State Farm General Insurance Company will be lien stripped pursuant to 11 USC Section 522(f) as it encumbers the debtors' homestead exemption. The Chapter 13 Trustee shall treat any claim filed by State Farm General Insurance Company pursuant to Section 2(d) of the plan, as general unsecured creditor.**

   **Debtors are in the process of modifying the terms of the First Mortgage owing to US Bank NA / Wells Fargo Bank, NA (xxxx5837) as set forth herein in paragraph 4. The Chapter 13 Trustee shall not be the disbursing agent on any pre-petition mortgage arrears claimed by US Bank NA / Wells Fargo Bank, NA (xxxx5837) for the First Mortgage. If Debtors' mortgage modification with US Bank NA / Wells Fargo Bank, NA (xxxx5837) is not approved, the duties and**

Rev. 10/05 (This certification must be signed for any Model Chapter 13 Plan generated by WordPerfect, Word, or other word processing program.)

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case: 15-50815    Doc# 2    Filed: 03/11/15    Entered: 03/11/15 14:58:32    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: **Fadel S. Melhem**  
**Fida F. Melhem**

Case No.

**Chapter 13 Plan - Continuation Sheet**

Debtor(s).

**rights of both the Debtors and US Bank NA / Wells Fargo Bank, NA (xxxx5837) shall revert to the terms of the operative loan documents existing between Debtor and US Bank NA / Wells Fargo Bank, NA (xxxx5837) from the date this case is filed. Upon final denial of the modification request of US Bank NA / Wells Fargo Bank, NA (xxxx5837), Debtors shall modify their Chapter 13 Plan to include the mortgage arrears claimed by US Bank NA / Wells Fargo Bank, NA (xxxx5837) and allowed as secured.**

| /s/ Fadel Melhem | 3/11/15 | /s/ Fida Melhem | 3/11/15 |
|---|---|---|---|
| Debtor's Signature | Date | Joint Debtor's Signature | Date |

I, the undersigned, am the attorney for the above named Debtor(s) and hereby certify that the foregoing chapter 13 plan is a verbatim replica of pre-approved chapter 13 plan promulgated pursuant to B.L.R. 1007-1 for use in the San Jose Division.

Dated: 3/11/15

/s/ Brette L. Evans  
**Brette L. Evans 177042**  
Attorney for Debtor(s)

Rev. 10/05 (This certification must be signed for any Model Chapter 13 Plan generated by WordPerfect, Word, or other word processing program.)

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 15-50815    Doc# 2    Filed: 03/11/15    Entered: 03/11/15 14:58:32    Page 2 of 2